# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN DAVID KENNEMER, # 2197180 | § | |
| | § | Civil Action No. 4:20-CV-80 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| DENTON COUNTY, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 (Dkt. #3).   On April 7, 2021, this case was transferred to the undersigned (Dkt. #26).   On February 21, 2022, the report of the Magistrate Judge (Dkt. #69) was entered containing proposed findings of fact and recommendations that Defendant Denton County's Motion to Dismiss (Dkt. #38) should be denied.  Having received the report of the Magistrate Judge, and no objections thereto having been timely filed to this report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant Denton County's Motion to Dismiss (Dkt. #38) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this the 27th day of March, 2022.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE